UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 08 B 29418
  VIRGINIA A MASSEY
                                          CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR

      Debtor
  SSN XXX-XX-7441
```

--------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1. The case was filed on 10/30/08 .

   2. The case was dismissed without confirmation, 12/05/2008.

--------------------------------------------------------------------
CREDITOR NAME              CLASS        CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                          PAID            PAID
--------------------------------------------------------------------

      Summary of disbursements:
--------------------------------------------------------------------
                  SECURED    PRIORITY   UNSECURED       OTHER        TOTAL
--------------------------------------------------------------------
TOTAL CLMS ALLOWED    .00        .00         .00          .00          .00
PRINCIPAL PAID        .00        .00         .00          .00          .00
INTEREST PAID         .00        .00         .00          .00          .00
TOTAL PAID            .00        .00         .00          .00          .00
The Debtor's attorney, PRO SE DEBTOR                , was allowed $       .00
and was paid $       .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $       .00 .




      Dated: 03/13/09              /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE

```
                          PAGE   2
   CASE NO. 08 B 29418 VIRGINIA A MASSEY
```